**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
AILEEN J. MOREIRA,

                        Plaintiff,           24 **CIVIL** 5043(VSB)(HJR)

-v-                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 18, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, the case is closed.

**Dated:**  New York, New York

       April 18, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**

                                                      **Deputy Clerk**